Tamisha lewis-Junge
Name
3948 Aldren Circle
Mailing address
Anchorage Ak 99517
City, State, Zip
907-615-0060
Telephone

RECEIVED
OCT 08 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

Tamisha lewis-Junge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Robert Atwood Building
U.S Air Force
Alaska State Trooper

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-CV-267-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha lewis-Junge
(print your name)

who presently resides at 3948 Aldren Circle Anchorage, Ak 99517
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Robert Atwood Building* is a citizen of
*Alaska*, and is employed as a *State Office*.
(name)
(state)                                  (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Alaska State Trooper* is a citizen of
*Alaska*, and is employed as a *Office*.
(name)
(state)                                  (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, *U.S Air Force* is a citizen of
*Alaska*, and is employed as a *Officer*.
(name)
(state)                                  (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **2017 - 2025**, my civil right to
(Date)
**Freedom, Freedom from cruel and Unusal pushment**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)
was violated by **Robert Atwood**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

They helped this team life about
being on a investagation to hold
me hostage, they made up
the plan to bring me her to
do something illegl and I'm reporting
them for lying.

They planned on distrubing
me with thruats and bull shit
of sending me this paper work
is legl after being on footage
in camouflage abuseing my daughter
and planning on delusions with
technology to hold m hostage
for ransom, not get reported,
and to keep stolen technology

I Do belive the team tricked
them of being specilist because
they checked out technology, all
they are people takes test to
get job then given assiment or
report assigment (Officers)

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about **2017 - 2025** , my civil right to
**Freedom, Freedom** (Date) **from Cruel Unusual**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)
was violated by **Alaska State Troopers**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

They plan on it, by holding me hostage.

Just like Hiland Mountain, Complex Doctors offices, School

Claim 3: On or about __2017 - 2025__ , my civil right to
(Date)
__Freedom, Freedom from Cruel and Unusual Punishment__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by __U.S Air Force__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

They checked out technology
planning on some type of Delusion a
attack then tricking people
with technolog of being allowed
to lie on a investagation they
they set up for what? then
harrass about them investagation
they set hings on

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __X__ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Tamisha Lewis - Junge

Defendant(s): Robert Atwood Building

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __✓__ Dismissed ____ Appealed ____ Still pending

Issues Raised: Dissmies Evidence (Footage)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Tamisha Lewis - Junge

Defendant(s): U.S Air Force

Name and location of court: Nesbett Courthouse

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __✓__ Dismissed ____ Appealed ____ Still pending

Issues Raised: Dissmissed Evidence (Footage)

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 70,000,000

2. Punitive damages in the amount of $ 70,000,000

3. An order requiring defendant(s) to Stop with them On investagation

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. ___X___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at An Chorgene , AK on 10/8/2025
(Location)                                    (Date)

_____
(Plaintiff's Original Signature)

_____        _____
Original Signature of Attorney (if any)                    (Date)

_____
_____
_____

Attorney's Address and Telephone Number



THE STATE
of ALASKA
GOVERNOR MIKE DUNLEAVY

Department of
Family and Community Services

Office of Children's Services
Director's Office

P.O. Box 110630
Juneau, Alaska 99811-0630
Main 907.465.3170
Fax: 907.465.3397

August 2, 2025

Claim 1
5A

Dear Taisha Lewis-Junge,

The Office of Children's Services received a request to appeal a substantiated maltreatment finding on July 29, 2025. This appeal request stemmed from a substantiated finding of maltreatment made against you on 11/24/2022 for a protective Services report received on or about 1/11/2023, protective services report (PSR) number 134564. Your appeal request was received more than 30 days after the initial substantiation determination. Our records indicate you were provided timely notice regarding the substantiation decision as well as what steps to take to appeal the decision (see attached). OCS opened an Emergency Child in Need of Aid (CINA) case. The letter was sent to the same physical and mailing address listed in the emergency petition for adjudication of CINA and temporary custody. The child currently remains a CINA.

**Accordingly, your request for fair hearing has not been referred to the Office of Administrative Hearings (OAH).**

You may appeal the timeliness determination by <u>filing a written request for a hearing</u> <u>within 30 days of the date of this notice</u>. This hearing would be limited to whether there is goodcause why you did not appeal the substantiated decision when originally issued. Hearing requests can be sent to:

Community Relations Manager
Office of Children's Services, State Office
P.O. Box 10630
Juneau, AK 99811-0630
Fax (907) 465-3397
Email: hss.ocscommunications@alaska.gov
Phone (907) 465-3548

or to me at:

Kimberly Ford, PCII
Office of Children's Services
4501 Business Park Blvd, Suite 24
Anchorage, AK 99503
Fax (907) 375-8281
Email: kimberly.ford@alaska.gov
Phone (907) 269-5207

Sincerely,

Kimberly Ford

Kimberly Ford
Program Coordinator
Office of Children's Services